

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00226-CR

**EX PARTE** Marco Antonio **GUARDIOLA TRINIDAD**

From the County Court, Kinney County, Texas
Trial Court No. 10830CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's order denying Appellant's application for pretrial writ of habeas corpus is AFFIRMED.

SIGNED August 5, 2025.

_____
Adrian A. Spears II, Justice